**TASKS PERFORMED BY TRUSTEE**

The Trustee filed a Motion To Compromise Interest, which was granted. The Trustee filed a Motion To Compromise, which was granted. The Trustee filed a Motion To Employ Accountant, which was granted. The Trustee reviewed and filed tax returns.

The Trustee maintained Form 1 and 2 and inputting all information in connection with these documents. The Trustee maintained a cash receipts log. The Trustee reconciled bank statements. The Trustee prepared this Final Report and will appear in Joliet for a final hearing. The Trustee will issue distribution checks to creditors entitled to same. The Trustee will prepare a new distribution report after the final hearing is conducted. The Trustee will prepare a Final Account when all checks have cleared.

**Exhibit A**