**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>KOHR, RANDY B<br>KOHR, CYNTHIA L<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-40801 BL<br><br>JUDGE Bruce W. Black(Joliet) |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:  United States Bankruptcy Court
   Will County Court Annex Building
   57 N. Ottawa St, Room 201
   Joliet, IL 60432

   on:  **October 31, 2008**
   at:  **9:15 a.m**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                  $         12,016.75

   b. Disbursements                             $              500.00

   c. Net Cash Available for Distribution       $         11,516.75

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Fees) | | 0.00 | $1,951.68 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $31,612.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 30.26%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | American Express Travel Related Services Co., Inc. | $ 31,612.60 | $ 9,565.07 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s)

and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

Dated: September 26, 2008

For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:  MICHAEL G. BERLAND
Address:  1 NORTH LASALLE STREET
          STE 1775
          CHICAGO, IL  60602
          Phone No.:  (312) 855-1272

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                Page 1 of 1          Date Rcvd: Sep 26, 2008
Case: 05-40801                Form ID: pdf002            Total Served: 11

The following entities were served by first class mail on Sep 28, 2008.
db           +Randy B Kohr,    2950 E 729th Road,    Utica, IL 61373-9706
jdb          +Cynthia L Kohr,    2950 E 729th Road,    Utica, IL 61373-9706
aty          +Stephen J West,    Law Offices Of Stephen J West,    628 Columbus Dr Rm 102,
               Ottawa, IL 61350-2933
tr           +Michael G Berland,    1 N LaSalle St,    No.1775,    Chicago, IL 60602-4065
9904945      +American Express,    PO Box 650448,    Dallas, TX 75265-0448
10589429      American Express Travel Related Services Co., Inc.,    c/o Becket and Lee, LLP,    P.O. Box 3001,
               Malvern, PA 19355-0701
9904946      +Capital One FSB,    PO Box 790217,    Saint Louis, MO 63179-0217
9904947      +Cardmember Service,    PO Box 790408,    Saint Louis, MO 63179-0408
9904949      +First Midwest Bank,    PO Box 125,    Bedford Park, IL 60499-0125
9904950      +LaSalle National Bank,    105 Marquette St.,    La Salle, IL 61301-2470

The following entities were served by electronic transmission on Sep 27, 2008.
9904948      +Fax: 602-221-4614 Sep 27 2008 01:36:08     Chase Auto Finance,    PO Box 78067,
               Phoenix, AZ 85062-8067
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9904951*     +LaSalle National Bank,    105 Marquette St.,    La Salle, IL 61301-2470
                                                                                           TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 28, 2008**                    **Signature:**  _Joseph Speetjens_